```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

RONALD FAY BROWN                                          PLAINTIFF

    V.                    Civil No. 08-2102

STATE OF ARKANSAS, Circuit
Court Judicial System (Prosecutor's
Office); CITY OF FORT SMITH,
ARKANSAS; SEBASTIAN COUNTY,
ARKANSAS; CORPORAL HICKS,
Sebastian County Adult Detention
Center; CRAIG MANUS, Parole Officer,
Department of Community Corrections;
DETECTIVE SAMSON, Fort Smith
Police Department and LEROY BROWNLEE,
Chairman, Arkansas Parole Board                          DEFENDANTS

## O R D E R

On this 4th day of June 2009, there comes on for consideration the report and recommendation filed in this case on March 27, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 14). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims stemming from events that occurred prior to September 18, 2005, and Plaintiff's claims against the State of Arkansas Circuit Court Judicial System, Craig Manus, and Leroy Brownlee are DISMISSED on the grounds the claims are frivolous, seek damages from

immune defendants, and fail to state claims upon which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(in forma pauperis action may be dismissed on such grounds at any time). Plaintiff's claims against Corporal Hicks and Detective Samson remain.

    IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge