IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONALD FAY BROWN                                                        PLAINTIFF

v.                                      Case No. 08-2102

CORPORAL HICKS, Sebastian County
Adult Detention Center; and DETECTIVE
SAMPSON, Fort Smith Police Department            DEFENDANTS

## **ORDER**

Now on this 17th day of February 2010, there comes on for consideration the report and recommendation filed herein on January 28, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 47). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant Detective Sampson's Motion to Dismiss (doc. 29) is GRANTED, and Detective Sampson is DISMISSED as a Defendant in this matter.

IT IS SO ORDERED.

                                                     /s/ Robert T. Dawson
                                                     Honorable Robert T. Dawson
                                                     United States District Judge