IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RONALD FAY BROWN                                        PLAINTIFF

        v.                         Civil No. 08-2102

CORPORAL HICKS, Sebastian County
Adult Detention Center                                 DEFENDANT

## **ORDER**

    A motion to withdraw as counsel (Doc. 51) was filed on behalf of Ms. JaNan Arnold Davis. The motion (Doc. 51) is granted.

    A motion to substitute (Doc. 52) Mr. John M. Rainwater as defendant's counsel was also filed. The motion (Doc. 52) is granted. The clerk is directed to note these changes on the docket sheet.

    IT IS SO ORDERED this 29th day of September 2010.

                                                       /s/ *J. Marschewski*
                                            HON. JAMES R. MARSCHEWSKI
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)